UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:17-cr-00524 |
| Plaintiff, | : | ORDER |
| v. | : | |
| DAINON L. JONES, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant, Dainon L. Jones requests leave from this Court to file an Amended Petition to Vacate his Conviction and Sentence under 28 U.S.C. § 2255.[1]

This Court **ORDERS** the government to respond to Defendant's motion for leave to file an amended petition within fourteen days.

IT IS SO ORDERED.

Dated: July 5, 2022            *s/   James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. 138.